UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERRERA,<br>    Petitioner,<br>v.<br>JAMES A. YATES,<br>    Respondent. | Case No. CV 06-1321 R(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: May 28, 2009

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE